UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER A. GATES, | ) Case No. CV 19-5992-KS |
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 6, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-